NO. 07-04-0312-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



OCTOBER 29, 2004


______________________________




MICHELLE D. FITZWATER, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE



_________________________________



FROM THE 140TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2003-404134; HONORABLE JIM BOB DARNELL, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 Pending before this Court is appellant's motion to dismiss her appeal. Appellant and her
attorney both have signed the document stating that appellant withdraws her notice of appeal. 
Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the
motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and
our mandate will issue forthwith.

 James T. Campbell

 Justice



Do not publish.



sistent with the record, it was
defective. Dears v. State, 154 S.W.3d 610, 614 (Tex.Crim.App. 2005). A request for a
corrected certification resulted in the District Clerk forwarding a Trial Court Certification,
dated July 13, 2006, indicating no right of appeal, and a letter from the Trial Court
confirming that fact. 

 By letter dated January 4, 2007, this Court notified counsel that the certification
indicated no right of appeal and requested a response by January 18, 2007. The Court
also noted that failure to file an amended certification showing a right of appeal or failure
to provide other grounds for continuing the appeal would result in dismissal. See Tex. R.
App. P. 25.2(a)(2) & (d). No response has been filed and no amended certification
reflecting a right of appeal has been made a part of the record. 

 Consequently, this appeal is dismissed. 


 Patrick A. Pirtle

 Justice



Do not publish.